FILED
CLERK, U.S. DISTRICT COURT

MAR - 6 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CR 94-112

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>Barry William<br>    Defendant. | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A) ✔ ( )  the appearance of defendant as required; and/or

    (B)   (✓)  the safety of any person or the community.

//
//

1    The court concludes:

2  A.  (✓) Defendant poses a risk to the safety of other persons or the community
3      because defendant has not demonstrated by clear and convincing
4      evidence that:
5      _he can abide by court order_
6      _____
7      _____
8      _____

9
10 (B) ( ) Defendant is a flight risk because defendant has not shown by clear
11     and convincing evidence that:
12     _he can abide by court order_
13     _____
14     _____
15     _____
16

17     IT IS ORDERED that defendant be detained.
18
19     DATED: 3/6/08

              _____
              STEPHEN J. HILLMAN
              UNITED STATES MAGISTRATE JUDGE